# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-51141 |
| CERF BROS. BAG CO., ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## ENTRY OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for CBBC Acquisition, LLC, a Missouri limited liability company, and pursuant to Rules 2002(g) and 9007 of the Federal Rules of Bankruptcy Procedure requests that all notices in this case and all papers served be given and served upon:

>Marshall C. Turner, Esq.
>190 Carondelet Plaza, Suite 600
>St. Louis, MO 63105-3441
>(314) 480-1500
>(314) 480-1505 Fax
>marshall.turner@huschblackwell.com

Dated: November 3, 2009

>Respectfully Submitted:
>
>HUSCH BLACKWELL SANDERS LLP
>
>By: */s/ Marshall C. Turner*
>Marshall C. Turner, Esq.
>190 Carondelet Plaza, Suite 600
>St. Louis, MO 63105-3441
>(314) 480-1500
>(314) 480-1505 Fax
>marshall.turner@huschblackwell.com
>
>Attorneys for CBBC Acquisition, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 3rd day of November, 2009, by electronic means on all the parties on the Court's ECF notice list.

                                                */s/ Marshall C. Turner*
                                                 Marshall C. Turner, Esq.