UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
)
CERF BROTHER BAG COMPANY, )
) Case No. 09-51141
)
) Chapter 11
Debtor. )
) NOTICE OF APPEARANCE AND
) REQUEST FOR SERVICE OF
) PAPERS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Jerry Michelson, a principal of the Debtor and party in interest, and pursuant to Bankruptcy Rules 9007 and 2002 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

>David M. Dare
>1051 N. Harrison Ave.
>St. Louis, MO 63122
>(314) 965-3373
>(314) 965-2225 Facsimile
>E-mail ddare@hdsstl.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Debtor, its property or its estate. The person listed above requests that his name and address be added to the mailing matrix.

        Herren, Dare & Streett

        /s/ David M. Dare
        David M. Dare #2935, MO 35965
        1051 N. Harrison Ave.
        St. Louis, MO 63122
        (314) 965-3373
        (314) 965-2225 Facsimile
        ddare@hdsstl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by U.S. Mail, first class, postage prepaid, unless electronically served, upon Steven N. Goldstein, Counsel for Debtor, at Goldstein & Pressman, P.C., 121 Hunter Avenue, Suite 101, St. Louis, MO 63124, and Office of the US Trustee, 111 South 10th Street, Suite 6353, St. Louis, MO 63102 on this 3rd day of November, 2009.

        /s/ David M. Dare