# Memorandum

## Office of the United States Trustee

Thomas F. Eagleton U. S. Courthouse
111 South 10th Street, Suite 6353
St. Louis, MO 63102
(314) 539-2976; FAX (314) 539-2990

---

| SUBJECT: | | DATE: | November 4, 2009 |
|----------|---|-------|------------------|
| Chapter 11 Creditors' Meetings | | | |

---

FROM:  /s/ Paul A. Randolph

TO:   Debtor's Counsel (or Debtor if Pro Se)    FROM:   Paul A. Randolph
Assistant U. S. Trustee

Office of General Counsel
Missouri Department of Revenue

The following Chapter 11 case is set for hearing pursuant to 11 U.S.C. §341 on the date, time, and location indicated below.

Pursuant to Local Bankruptcy Rule 2002-2, the notice of commencement of case and meeting of creditors will be sent by the Court unless a party is authorized by the Court to provide said notice.

Pursuant to Fed.R.Bankr.P. 2002(j), every debtor's matrix is to include the Internal Revenue Service at the following address:

Internal Revenue Service
Insolvency, 5334STL
P. O. Box 66778
St. Louis, Missouri 63166

| Date | Time | Case No. | Debtor | U. S. Trustee Attorney |
|------|------|----------|--------|------------------------|
| 12/08/09 | 1:30 p.m. | 09-51141 | Cerf Bros. Bag Co. | Martha Dahm |

**Location:**

[ X ]   Thomas F. Eagleton U. S. Courthouse, 111 South 10th Street, Suite 6.353, St. Louis, Missouri 63102

[ ]   Rush Hudson Limbaugh Sr. U.S. Courthouse, 555 Independence Street, Cape Girardeau, Missouri 63701

[ ]   Municipal Court Room, 1st Floor, 777 Broadway, Hannibal, Missouri