# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| *In re:* | § | Case No. 09-51141-705 |
| | § | |
| **Cerf Bros. Bag Co.,** | § | Chapter 11 |
| | § | |
| **Debtor.** | § | |

## ORDER OF RECUSAL

The Honorable Charles E. Rendlen, III, Judge, of the United States Bankruptcy Court for the Eastern District of Missouri, hereby and immediately recuses himself from the above-referenced case. The Office of the Clerk of the U.S. Bankruptcy Court is directed to reassign this matter pursuant to its procedures.

*[signature]*

DATED: November 4, 2009  CHARLES E. RENDLEN, III
St. Louis, Missouri  United States Bankruptcy Judge

**COPY MAILED TO ALL CREDITORS AND PARTIES IN INTEREST**

1