IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In proceedings Under Chapter 11 |
| | ) | Honorable Kathy A. Surratt-States |
| CERF BROS. BAG CO., | ) | |
| | ) | |
| | ) | Case No. 09-51141 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel for MDC Westport, LLC ("MDC"), a creditor and party in interest, and pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Mr. Gregory F. Herkert
The Stolar Partnership LLP
911 Washington Avenue, 7th Fl.
St. Louis, Missouri 63101
Telephone: (314) 231-2800
Facsimile: (314) 436-8400
gherkert@stolarlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 704(7) and Section 1109(b) of the Bankruptcy Code, and pursuant to Rule 2002(1) of the Bankruptcy Rules the foregoing request includes not only notices and papers referred to in the Rule specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise: (1) which affect or seek to affect in any way any right or interest of MDC with respect to (a) Debtor; (b) property or proceeds thereof in which Debtor may claim an interest; or (c) property or proceeds thereof in the

1

possession, custody or control of MDC which Debtor may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by MDC.

DATED:   November 5, 2009
         St. Louis, Missouri

THE STOLAR PARTNERSHIP LLP

By:   /s/Gregory F. Herkert
      GREGORY F. HERKERT #30129
      gherkert@stolarlaw.com
911 Washington Avenue, 7th Fl.
St. Louis, Missouri 63101
Tel: (314) 231-2800
Fax: (314) 436-8400

Attorneys for MDC Westport, LLC

## CERTIFICATE OF SERVICE

In addition to those parties served with this document by the Court's CM/ECF system, the following parties were served by U.S. Mail, postage-prepaid on the 5th day of November, 2009, and addressed to:

Ms. Martha M. Dahm
Office of the U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, Missouri 63102

Mr. Steven Goldstein
Attorney for Debtor
121 Hunter Avenue
Suite 101
St. Louis, Missouri 63124

/s/Gregory F. Herkert
GREGORY F. HERKERT

09031288.DOC