**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | Case No.: 09-51141 |
| CERF BROS. BAG CO., | Chapter 11 |
| Debtor. | |

## ENTRY OF APPEARANCE ON BEHALF OF BRIAN SPANEL
## AND REQUEST FOR COPIES OF ALL PLEADINGS, NOTICES AND ORDERS

COME NOW Sherry K. Dreisewerd and Ryan J. Mason and the law firm of Polsinelli Shughart PC, pursuant to Bankruptcy Rule 9010(b) and hereby enter their appearance as counsel for Brian Spanel in the above-captioned case. Listed below is the additional information required by Bankruptcy Rule 9010(b):

Sherry K. Dreisewerd
Ryan J. Mason
Polsinelli Shughart PC
100 South Fourth Street, Suite 1100
St. Louis, Missouri 63102
Tel: (314) 889-8000
Fax: (314) 231-1776
Email: sdreisewerd@polsinelli.com
rmason@polsinelli.com

Pursuant to Bankruptcy Rule 2002, Counsel also respectfully requests that copies of all documents, including, but not limited to notices, pleadings, proposed orders and orders which are filed with the Court, or mailed, telecopied or otherwise transmitted or delivered to creditors, parties in interest, or to the Debtor be mailed to Counsel at the above address.

Dated this 10th day of November, 2009.

Respectfully submitted,

POLSINELLI SHUGHART PC


By: /s/ Sherry K. Dreisewerd
    SHERRY K. DREISEWERD (#86305) and (#47908)
    RYAN J. MASON  (#503343) and (#56167)
    100 South Fourth Street, Suite 1100
    St. Louis, Missouri  63102
    (314) 231-1950
    Fax No. (314) 231-1776
    Email:    sdreisewerd@polsinelli.com
                rmason@polsinelli.com

ATTORNEYS FOR CREDITOR
BRIAN SPANEL

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri this 10th day of November, 2009 to all parties listed below:

Office of the U.S. Trustee
111 South Tenth Street, Suite 6353
St. Louis, Missouri 63102
Email: USTPRegion13.SL.ECF@USDOJ.gov

Martha M. Dahm
Office of the U.S. Trustee
111 South Tenth Street, Suite 6353
St. Louis, Missouri 63102
Email: Martha.m.dahm@usdoj.gov

Steven Goldstein
Goldstein & Pressman, P.C.
121 Hunter Avenue, Suite 101
St. Louis, Missouri 63124
Email: stg@goldsteinpressman.com

Marshall C. Turner
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Email: marshall.turner@huschblackwell.com

David M. Dare
1051 N. Harrison Avenue
St. Louis, Missouri 63122
Enail: ddare@hdsstl.com

Gregory F. Herkert
The Stolar Partnership
911 Washington Avenue, 7th Floor
St. Louis, Missouri 63101
Email: gherkert@stolarlaw.com

            /s/ Rebecca O'Brien

NEW / NEW
SKDRE 433391.1