UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-51141-705 |
| | ) |
| Cerf Bros. Bag Co., | ) Chapter 11 |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Scott Greenberg and Sandberg Phoenix & von Gontard P.C., and hereby enter their appearance as counsel on behalf of Sandberg Phoenix & von Gontard P.C. in the above captioned cause. Further, pursuant to Rules 9007 and 2002 of the Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon Scott Greenberg and Sandberg Phoenix & von Gontard P.C., One City Centre, 15th Floor, St. Louis, MO 63101.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ Scott Greenberg
Scott Greenberg, ARN 3270, MO Bar #33575
One City Centre - 15th Floor
515 N. 6th Street
St. Louis, MO 63101
(314) 231-3332
(314) 241-7604 Facsimile
sgreenberg@sandbergphoenix.com

Attorneys for Sandberg Phoenix & von Gontard P.C.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served either through the Court's ECF system or by regular mail, this 19th day of November 2009 to:

Steven Goldstein, Esq.
Goldstein & Pressman, P.C.
121 Hunter Ave., Ste. 101
St. Louis, MO 63124
Debtor's Attorney

Office of the U. S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

                                            /s/ Robin Hileman