UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CERF BROS. BAG CO., | ) | Case No. 09-51141-659 |
| | ) | |
| Debtor. | ) | Honorable Kathy Surratt-States |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COME NOW Summers Compton Wells PC and enter its appearance as counsel for and

on behalf of AmeriBag, Inc. ("AmeriBag"), a creditor and/or an interested party herein, and

respectfully request that all notices given or required to be given in these proceedings, pursuant

to the Federal Rules of Bankruptcy Procedure, be served upon AmeriBag and its counsel as

follows:

> Bonnie L. Clair
> Summers Compton Wells PC
> 8909 Ladue Road
> St. Louis, MO 63124
> (314) 991-4999
> (314) 991-2413 facsimile
> blcattymo@summerscomptonwells.com

FURTHER TAKE NOTICE THAT the foregoing request includes notices and papers

referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without

limitation, notices and copies of any plan, application, complaint, demand, hearing, motion,

pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone,

facsimile, electronic transmission, the CM/ECF system or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for

Notices shall not be deemed or construed as AmeriBag's waiver of the right to (a) seek

abstention or dismissal of this case or any proceeding filed herein, or otherwise contest venue or

the court's jurisdiction over the case or any such proceeding; (b) have final orders in non-core

matters entered only after de novo review  by the United States District Court; (c) demand a trial

by jury in any proceeding so eligible; or (d) request withdrawal of the reference in any matter

subject to mandatory or discretionary withdrawal; and it shall not constitute a waiver of any

other rights or claims, actions, defenses, setoffs or recoupments which AmeriBag has or may

hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and

recoupments AmeriBag expressly reserves.  This Notice of Appearance and Request for Notices,

and shall not be construed to be, a consent by AmeriBag pursuant to 28 U.S.C. § 157(c)(2).

Respectfully Submitted,

Date: December 2, 2009              By: /s/ Bonnie L. Clair
                                   BONNIE L. CLAIR, #44553, #41696
                                   Summers Compton Wells PC
                                   8909 Ladue Road
                                   St. Louis, MO 63124
                                   (314) 991-4999/(314) 991-2413 Fax
                                   Email: blcattymo@summerscomptonwells.com

**Attorneys for AmeriBag, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing. I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing. The individuals and entities being served electronically or by mail are:

United States Trustee
Martha M. Dahm
111 S. 10th Street, 4th Floor
St. Louis, MO 63102

Marshall C. Turner
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

Gregory Herkert
911 Washington Ave, 7th Floor
St. Louis, MO 63101

Richard M. Maseles
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105

Scott Greenberg
One City Centre-15th Floor
515 N. 6th Street
St. Louis, MO 63101

Richard Engel
Armstrong Teasdale LLP
One Metropolitan Square, Ste. 2600
St. Louis, MO 63102-2740

Steven Goldstein
Goldstein & Pressman, P.C.
121 Hunter Ave, Suite 101
St. Louis, MO 63124

David M. Dare
1051 N. Harrison Ave
St. Louis, MO 63122

Sherry K. Dreisewerd
Ryan K. Mason
100 South Fourth Street, Suite 1100
St. Louis, MO 63102

E. Rebecca Case
Howard Smotkin
Janice R. Valdez
7733 Forsyth Blvd, Suite 500
St. Louis, MO 63105

Marilyn J. Washburn
7700 Bonhomme Ave, 7th Floor
St. Louis, MO 63105

Date: December 2, 2009                                    /s/ Christina L. Thayer