Case Name    Cerf Bros. Bag Co.
Case Number    09-51141-705

FORM OPR 1A

COMPARATIVE BALANCE SHEETS

| ASSETS | Filing Date | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| | 11/2/2009 | 11/2/2009 11/30/2009 | | | | | | |
| **CURRENT ASSETS** | | | | | | | | |
| Cash (attach bank stmt copies) (Note 1) | -57199.14 | 150415.53 | | | | | | |
| Accounts Receivable | 1184182.16 | 986535.67 | | | | | | |
| Inventory | 1000598.04 | 895780.09 | | | | | | |
| Prepaid Expense & Deposits (Note 2) | 293888.64 | 312265.59 | | | | | | |
| Other   LSQ Reserves | 47086.22 | 165496.25 | | | | | | |
|    Deferred Tax Asset | 25747.97 | 25747.97 | | | | | | |
|    Marketable Securities | 600 | 0 | | | | | | |
| | | | | | | | | |
| TOTAL CURRENT ASSETS | 2494903.89 | 2536241.1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| FIXED ASSETS (Schedule B) | 774953.82 | 774953.82 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less accumulated depreciation | 699339.04 | 701308.74 | | | | | | |
| | | | | | | | | |
| NET FIXED ASSETS | 75614.78 | 73645.08 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | |
| Cash Value - Life Insurance (Note 3) | 681163.5 | 681163.5 | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL ASSETS | 3251682.17 | 3291049.68 | 0 | 0 | 0 | 0 | 0 | 0 |

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING OPERATING REPORTS, CONSISTING OF _10___
PAGES ARE TRUE AND CORRECT

Date Submitted _____12/15/2009_____   Signed _Jerry C Michelson_ (signature)   Jerry Michelson
                                                      (Printed Name of Signatory)

Note 1: Cash - The beginning balance is an amendment to Schedule B previously submitted.
Note 2: Prepaids - The beginning balance is an amendment to Schedule B previosly submitted.
Note 3: The life insurance asset submitted on Schedule B is net of outstanding loans totaling $654,929.94.

Case Name    Cerf Bros. Bag Co.
Case Number  09-51141-705

COMPARATIVE BALANCE SHEETS

| | Filing Date | Month | Month | Month | Month | Month | Month | Month |
|---|---|---|---|---|---|---|---|---|
| | 11/2/2009 | 11/2/2009 11/30/2009 | | | | | | |
| **LIABILITIES AND SHAREHOLDERS EQUITY** | | | | | | | | |
| **LIABILITIES** | | | | | | | | |
| Post Petition Debt (Schedule C) | 0 | 46078.24 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| Pre Petition debt | | | | | | | | |
| Notes Payable (Note 4) | 3142246.61 | 3195606.62 | | | | | | |
| Priority Debt (Note 5) | 60617.63 | 87993.73 | | | | | | |
| Unsecured Debt | 938798.96 | 1070278.86 | | | | | | |
| Other | 265189.67 | 265189.67 | | | | | | |
| Total Pre Petition Debt | 4406852.87 | 4619068.88 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| TOTAL LIABILITIES | 4406852.87 | 4665147.12 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| **SHAREHOLDERS EQUITY** | | | | | | | | |
| Preferred Stock | 568224.41 | 568224.41 | | | | | | |
| Common Stock | | | | | | | | |
| Paid-In Capital | | | | | | | | |
| Through filing date | -1723395.11 | -1723395.11 | | | | | | |
| Post filing date | | -218926.74 | | | | | | |
| TOTAL SHAREHOLDERS EQUITY | -1155170.7 | -1374097.44 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | |
| TOTAL LIABILITIES AND SHAREHOLDERS EQUITY | 3251682.17 | 3291049.68 | 0 | 0 | 0 | 0 | 0 | 0 |

Note 4: Notes Payable includes unsecured and secured obligtaions.
Note 5: The beginning balance of priority payments is an amendment to Schedule E previsouly submitted.  This includes accrued Payroll, Vacation, and Commisions.

FORM OPR-2

## STATEMENT OF INCOME
(MONTHLY AMOUNTS ONLY)

| | Filing Date | Month | Month | Month | Month | Month | Month | Year To Date |
|---|---|---|---|---|---|---|---|---|
| | 11/2/2009 | 11/2/2009 11/30/2009 | | | | | | |
| **REVENUE** | | | | | | | | |
| Gross Income | 432183.29 | 242035.45 | | | | | | 674218.74 |
| Less Cost of Goods Sold | | | | | | | | |
| Materials | 280101.67 | 254243.4 | | | | | | 534345.07 |
| Direct Labor | | | | | | | | |
| Overhead | | | | | | | | |
| GROSS PROFIT | 152081.62 | -12207.95 | 0 | 0 | 0 | 0 | 0 | 139873.67 |
| **OPERATING EXPENSES** | | | | | | | | |
| Selling and Marketing | 50042.37 | 32993.92 | | | | | | 83036.29 |
| Executive and Mgmt Salaries | 19013.16 | 31782.31 | | | | | | 50795.47 |
| Office & Other Salaries | 39547.74 | 60355.38 | | | | | | 99903.12 |
| Rent | 14509.58 | 29084.37 | | | | | | 43593.95 |
| Other (Attach Schedule) | 2971.87 | 16893.57 | | | | | | 19865.44 |
| **OTHER EXPENSE** | | | | | | | | |
| Quarterly Fees | | | | | | | | 0 |
| Depreciation | 1969.7 | 1969.7 | | | | | | 3939.4 |
| Interest | 8461.63 | 8639.54 | | | | | | 17101.17 |
| Attorney's Fees | 25000 | 25000 | | | | | | 50000 |
| Other Professional Fees | | | | | | | | 0 |
| TOTAL EXPENSES | 161516.05 | 206718.79 | 0 | 0 | 0 | 0 | 0 | 368234.84 |
| NET INCOME BEFORE TAXES | -9434.43 | -218926.74 | 0 | 0 | 0 | 0 | 0 | -228361.17 |
| IncomeTax Expense (Benefit) | | | | | | | | |
| NET INCOME (LOSS) | -9434.43 | -218926.74 | 0 | 0 | 0 | 0 | 0 | -228361.17 |

Case Name  Cerf Bros. Bag Co.
Case Number 09-5114-1-705

## SOURCE AND USE OF CASH

| | Month 11/2/2009 11/30/2009 | Month | Month | Month | Year To Date |
|---|---|---|---|---|---|
| **CASH DIFFERENCE** | | | | | |
| Current Ending Cash Balance | 150415.53 | 0 | 0 | 0 | |
| Less Ending Prior Month Balance | -57199.14 | 0 | 0 | 0 | |
| NET CASH INCREASE (DECREASE) | 207614.67 | 0 | 0 | 0 | |
| | | | | | |
| **SOURCES OF CASH** | | | | | |
| Net Income | -9434.43 | 0 | 0 | 0 | |
| Add:  Depreciation | 1969.7 | 0 | 0 | 0 | |
| Amortization | | | | | |
| | | | | | |
| Cash from Operations | -7464.73 | 0 | 0 | 0 | |
| | | | | | |
| Decrease In: | | | | | |
| Accounts Receivable | | | | | |
| Inventory | | | | | |
| Prepaid Expense & Deposits | | | | | |
| Fixed Assets | | | | | |
| Other | | | | | |
| | | | | | |
| Increase In: | | | | | |
| Post Petition Debt | | | | | |
| Pre Petition Debt | 0 | 0 | 0 | 0 | |
| | | | | | |
| TOTAL SOURCES OF CASH | 192885.21 | 0 | 0 | 0 | |
| | | | | | |
| **USES OF CASH** | | | | | |
| Increase In: | | | | | |
| Accounts Receivable | -197646.49 | 0 | 0 | 0 | |
| Inventory | -104817.95 | 0 | 0 | 0 | |
| Prepaid Expenses & Deposits | 18376.95 | 0 | 0 | 0 | |
| Fixed Assets | 0 | 0 | 0 | 0 | |
| Other | | | | | |
| | | | | | |
| Decrease In: | | | | | |
| Post Petition Debt | 46078.24 | 0 | 0 | 0 | |
| Pre Petition Debt | 21221601 | 0 | 0 | 0 | |
| | | | | | |
| TOTAL USES OF CASH | -25793.24 | 0 | 0 | 0 | |
| | | | | | |
| NET CASH INCREASE (DECREASE) | 166891.97 | 0 | 0 | 0 | |

Case Name  Cerf Bros. Bag Co.
Case Number 09-51141-705

SCHEDULE OF ACCOUNTS RECEIVABLE AGING

| | TOTAL ACCOUNTS RECEIVABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|---|
| Date of Filing 11/2/2009 | | | | | | |
| % of Total | 110% | 1029604.66 | 61526.77 | 37333.19 | 12769.64 | 164973.11 |
| Month: 11/30/2009 | | | | | | |
| % of Total | 114% | 837368.51 | 59645.5 | 40996.41 | 20183.5 | 164941.75 |
| Month: | | | | | | |
| % of Total | #DIV/0! | 0 | 0 | 0 | 0 | 0 |
| Month: | | | | | | |
| % of Total | #DIV/0! | 0 | 0 | 0 | 0 | 0 |
| Month: | | | | | | |
| % of Total | #DIV/0! | 0 | 0 | 0 | 0 | 0 |
| Month: | | | | | | |
| % of Total | #DIV/0! | 0 | 0 | 0 | 0 | 0 |
| Month: | | | | | | |
| % of Total | #DIV/0! | 0 | 0 | 0 | 0 | 0 |

Case Name  Cerf Bros. Bag Co.
Case Numbe 09-51141-705

SCHEDULE OF FIXED ASSETS

| FIXED ASSETS | MONTH 11/2/2009 | MONTH 11/2/2009 11/30/2009 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|---|
| Buildings | 0 | 0 | | | | | | |
| Land | 0 | 0 | | | | | | |
| Improvements | 12450.21 | 12450.21 | | | | | | |
| Office Furniture | 0 | 0 | | | | | | |
| Office Equipment | 153066.82 | 153066.82 | | | | | | |
| Computer Equipment | 521775.75 | 521775.75 | | | | | | |
| Shop Machinery | 41922.14 | 41922.14 | | | | | | |
| Shop Equipment | 45738.9 | 45738.9 | | | | | | |
| Automobiles | 0 | | | | | | | |
| Vans | 0 | | | | | | | |
| Trucks | 0 | | | | | | | |
| Trailers | 0 | | | | | | | |
| Heavy Equipment | 0 | | | | | | | |
| Other Vehicles | 0 | | | | | | | |
| Major Tools | 0 | | | | | | | |
| Boat & Airplane | 0 | | | | | | | |
| Warehouse Equipment | 0 | | | | | | | |
| Other | 0 | | | | | | | |
| TOTAL FIXED ASSETS | 774953.82 | 774953.82 | 0 | 0 | 0 | 0 | 0 | 0 |

Case Name  Cerf Bros. Bag Co.
Case Numbe 09-51141-705

# SCHEDULE OF POST PETITION DEBT

|  | MONTH 11/2/2009 11/30/2009 | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| TRADE ACCOUNTS PAYABLE | 46068.75 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TAXES PAYABLE** | | | | | | | |
| Federal Payroll Taxes | 0 | | | | | | |
| State Payroll Taxes | 0 | | | | | | |
| State Sales Taxes | 9.49 | | | | | | |
| Local Payroll Taxes | 0 | | | | | | |
| Real Estate & P.P. Taxes | 0 | | | | | | |
| Other | 0 | | | | | | |
| TOTAL TAXES PAYABLE | 9.49 | 0 | 0 | 0 | 0 | 0 | 0 |
| **OTHER LIABILITIES** | | | | | | | |
| Post Petition Secured Debt | 0 | | | | | | |
| Accrued Interest Payable | 0 | | | | | | |
| Other Accrued Liabilities | 0 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL OTHER LIABILITIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL POST PETITION DEBT | 46078.24 | 0 | 0 | 0 | 0 | 0 | 0 |

## SCHEDULE D
## SUMMARY OF SIGNIFICANT ITEMS

### 1. INSURANCE COVERAGE

| | Carrier / Agent Name | Amount of Coverage | Policy Expiration Date | Date Premium Paid Through |
|---|---|---|---|---|
| Workman's Comp | Covered through ADP Total Source (Leased Employees) | | | |
| Liability | One Beacon | 2,000,000 | 9/20/2010 | 12/27/2009 |
| Fire & Extended Coverage | Included in Property Insurance | | | |
| Property | One Beacon | 2,400,000 | 9/20/2010 | 12/27/2009 |
| Theft | Included in Property Insurance | | | |
| Vehicle (Hired & Non-owned) | One Beacon | 1,000,000 | 9/20/2010 | 12/27/2009 |
| Other (Specify) | | | | |
| Umbrella | One Beacon | 4,000,000 | 9/20/2010 | 12/27/2009 |
| Marine Ocean Cargo | Liberty International | 100,000 | 8/15/2010 | 2/14/2010 |

### 2. STATEMENT OF PAYMENTS TO SECURED CREDITORS
(List all payments made to secured creditors during the month and the purpose for such payment, i.e. Court ordered adequate protection cash collateral payment.)

| Payee | Description | Amount Paid | Total Paid |
|---|---|---|---|
| Southwest Bank | Paydown against LOC | 50,000 | 50,000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### 3. TAX PAYMENTS MADE THIS MONTH (not accruals)

| | Date Paid | Amount Paid | Post-Petition Taxes Still Unpaid |
|---|---|---|---|
| Fed Payroll W/H Taxes | N/A | | N/A |
| Fed Payroll W/H Taxes | N/A | | N/A |
| Fed Payroll W/H Taxes | N/A | | N/A |
| Federal Unemployment Taxes | N/A | | N/A |
| State Payroll W/H Taxes | N/A | | N/A |
| State Payroll W/H Taxes | N/A | | N/A |
| State Unemployment Taxes | N/A | | N/A |
| City / Local Payroll Payroll W/H Taxes | N/A | | N/A |
| State Sales and Use Taxes | 0 | | 9.49 |
| Other (Specify) | N/A | | N/A |

4. COMPENSATION PAYMENTS MADE THIS MONTH (not accruals)

(List all payments made to owners of proprietorships; partners of partnerships;
officers, directors, and shareholders of a corporation.)

| Name | Amount | Date of Court Order Authorizing Payment |
|---|---|---|
| | | |
| Jerry Michelson Payroll | 9230.78 | 11/5/2009 |
| Jerry Michelson T&E Expenses | 1912.95 | 11/5/2009 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. PAYMENTS MADE THIS MONTH TO PROFESSIONALS (not accruals)

| | Name | Amount Paid | Date of Court Order Authorizing Payment |
|---|---|---|---|
| Attorney(s) | Goldstein & Pressman, P.C. | 25000 | 11/5/2009 |
| Accountant(s) | N/A | | |
| Management Co.(s) | N/A | | |
| Appraiser(s) | N/A | | |
| Other (Specify) _____ | N/A | | |
| | | | |
| | | | |

6. RECORD OF DISBURSEMENT AND PAYMENT OF QUARTERLY FEES

| Period Ending | Total Disbursements | Total Disb For Quarter | Quarterly Fee (1) | Date Paid | Amount Paid | Check Number |
|---|---|---|---|---|---|---|
| January | | | | | | |
| February | | | | | | |
| March | | | | | | |
| April | | | | | | |
| May | | | | | | |
| June | | | | | | |
| July | | | | | | |
| August | | | | | | |
| September | | | | | | |
| October | | | | | | |
| November | 130,702.18 | | | | | |
| December | | | | | | |

| Quarterly Disbursement Range | | | Fee Due | Quarterly Disbursement Range | | | Fee Due |
|---|---|---|---|---|---|---|---|
| $ - | $ | 15,000.00 | $ 250 | $ 300,000.00 | $ 999,999.99 | $ 3,750 |
| $ 15,000.00 | $ | 74,999.99 | $ 500 | $ 1,000,000.00 | $ 1,999,999.99 | $ 5,000 |
| $ 75,000.00 | $ | 149,999.99 | $ 750 | $ 2,000,000.00 | $ 2,999,999.99 | $ 7,500 |
| $ 150,000.00 | $ | 224,999.99 | $ 1,250 | $ 3,000,000.00 | $ 4,999,999.99 | $ 8,000 |
| $ 225,000.00 | $ | 299,999.99 | $ 1,500 | $ 5,000,000.00 | and above | $ 10,000 |

# BANK RECONCILIATION

| | |
|---|---|
| Case Name | Cerf Bros. Bag Co. |
| Bank | Southwest Bank |

| | |
|---|---|
| Case Number | 09-51141-705 |
| Month of | November |

| | | | | |
|---|---|---|---|---|
| Balance per books beginning of month | -57199.14 | Balance per bank statement as of | 11/30/2009 | 185,375.92 |
| Add Debits: Deposits | 623546.98 | Deposit in Transit | | |
| Total Debits Total | 623546.98 | Total in Transit Total | | 0 |
| Less Credits: Checks/Wire Transfers | 415932.31 | Less: Checks Outstanding | | 15347.42 |
| | | Outstanding Deposit (In Bank in Nov;G/L in Dec) | | 11370.68 |
| | | LOC Interest (Booked G/L in Nov; Bank in Dec) | | 8242.29 |
| Total Credits | 415932.31 | Total | | 34960.39 |
| Balance per books end of month | 150415.53 | Bank balance-reconciliation | | 150,415.53 |

| Number | Amount | | Number | Amount | | Number | Amount | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Total | | |
| | | | | | | | | |