**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | In Proceedings Under Chapter 11 |
| ) | Hon. Kathy A. Surratt-States |
| CERF BROS. BAG CO., ) | |
| ) | Case No. 09-51141-659 |
| Debtor. ) | |
| ) | |
| ) | Objection Due: February 7, 2011 |
| ) | Hearing Date: February 14, 2011 |
| ) | Time: 10:00 A.M. |
| ) | Location: Courtroom 7 North |

**NOTICE OF HEARING AND**
**SUMMARY OF APPLICATION FOR COMPENSATION**

**PLEASE TAKE NOTICE**: The Application for Compensation summarized herein is scheduled for hearing at the date and time shown above.

**WARNING:** Any response or objection must be filed with the Court by the Response/Objection date shown above. (See L.B.R. 2016-1(C)(2) and 9013-1). A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date.

1. On January 17, 2011, Debtor filed its Application for Compensation on behalf of the Debtor Employees identified in the Application:

    A. Total Compensation to be Paid: $2,000.00.

2. This application is: __X____ interim  _____ final

3. A. Original retainer: $0.00
   B. Balance of retainer before this application: $0.00

4. The complete Application for Compensation and accompanying time sheets are available through the United States Bankruptcy Court and are available without charge by contacting the undersigned.

S:\DOCS\Cerf Bros. Bag Co\Fee Applications\thru 12-31-10\Summary and Notice Employee Application.wpd

**GOLDSTEIN & PRESSMAN, P.C.**

By: /s/ Robert A. Breidenbach

Steven Goldstein (ARN 32790, MBE 24807)
Robert A. Breidenbach (ARN 74339, MBE 41557)
10326 Old Olive Street Road
St. Louis, MO 63141-5922
FAX: (314) 727-1447
(314) 727-1717
rab@goldsteinpressman.com

Attorneys for Debtor